■ HARRY BARCLAY, Appellant, v MICHAEL J. CODD, as Police Commissioner of the City of New York and as Chairman of the Board of Trustees of the Police Pension Fund Article II, et al., Respondents.—Judgment, Supreme Court, New York County, entered on or about November 16, 1976, unanimously affirmed for the reasons stated by Korn, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Lane, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MITCHELL, Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 13, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Lane, Sandler and Sullivan, JJ.